IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

BRYAN EDWARD LAWSON,          :
                             :
        Plaintiff,           :
                             :
    V.                       :          NO. 7:25-cv-00135-WLS-ALS
                             :
KIMBERLY BELL, *et al.*,     :
                             :
        Defendants.          :
                             :

## ORDER OF DISMISSAL

Plaintiff Bryan Edward Lawson, a detainee in the Irwin County Detention Center in Ocilla, Georgia, filed a civil rights complaint in the Eastern District of Tennessee, which transferred the case to this Court. ECF Nos. 1 & 7. Plaintiff also moved for leave to proceed *in forma pauperis*. ECF Nos. 1 & 5.

Because Plaintiff failed to submit a certified copy of his trust fund account statement with his motion to proceed *in forma pauperis*, he was ordered to submit a new motion including a certified copy of his trust fund account statement. ECF No. 10. Plaintiff was given fourteen days to file his new motion and cautioned that his failure to do so may result in the case being dismissed. *Id.*

More than fourteen days passed after that order was entered, during which Plaintiff did not file a new motion to proceed *in forma pauperis* or otherwise respond to the Court's order. Moreover, the order, which was sent to Plaintiff at the Irwin County Detention Center, the only address on file for Plaintiff, was returned to this Court as undeliverable

with a notation that Plaintiff was no longer in that facility. ECF No. 11. It is Plaintiff's responsibility to keep this Court informed as to his current address, and insofar as this Court has no information about Plaintiff's current whereabouts, this case cannot continue.

Therefore, Plaintiff was ordered to respond and show cause why this case should not be dismissed based on his failure to comply with the order to file a new motion to proceed *in forma pauperis* with an account statement and failure to keep the Court informed as to his current address. ECF No. 12. Plaintiff was given fourteen days to respond and was cautioned that his failure to do so was likely to result in the dismissal of this case. *Id.*

More than fourteen days have now passed since entry of the show cause order, and Plaintiff has not responded to that order.[1] Thus, because Plaintiff has failed to respond to the Court's orders or otherwise prosecute this case, the complaint is now **DISMISSED WITHOUT PREJUDICE.** *See* Fed. R. Civ. P. 41(b); *Brown v Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) (first citing Fed. R. Civ. P. 41(b); and then citing *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)) ("The [C]ourt may dismiss an action sua sponte under Rule 41(b) for failure to prosecute or failure to obey a court order.").

SO ORDERED, this ___11th___ day of March, 2026.

_____
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] To date, the show cause order has not been returned to this Court as undeliverable.

2