IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

BRYAN EDWARD LAWSON,                 *

          Plaintiff,          *

v.                         Case No. 7:25-cv-135 (WLS-ALS)

                               *

KIMBERLY BELL, et al.,

                               *

         Defendants.

                               *

## **J U D G M E N T**

Pursuant to this Court's Order dated March 11, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 12th day of March, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk